| | | |
|---|---|---|
| MONTEZ LEE, JR., | ) | |
| | ) | |
| Appellant, | ) | **MOTION FOR EXTENSION** |
| | ) | **OF TIME FOR BRIEF OF** |
| v. | ) | **APPELLEE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

The Appellee, the United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, respectfully moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time for filing its brief in the above-entitled matter.

The Government's answering brief is currently due on December 23, 2024. Appellee respectfully requests a thirty-day extension of time to January 22, 2025, for submission of its responsive brief. The undersigned, in addition to her appellate work, is currently responsible for coordinating her office's responses to all post-conviction and prisoner motions for the District of Minnesota. There is currently a high volume

of such motions, which have occupied a significant amount of time owing to their complexity and number of claims. In addition, the undersigned has recently assumed responsibility for three federal juvenile matters, which require significant amount of travel to Duluth, Minnesota, for hearings and other case-related work. The undersigned contacted counsel for Mr. Lee, who indicated no objection to this motion. For these reasons, the Government respectfully asks the Court order that the Government file its responsive brief on or before January 22, 2025.

Dated: December 18, 2024

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Katharine T. Buzicky*

BY: KATHARINE T. BUZICKY
Assistant U.S. Attorney

## CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 408 words proportionally spaced using Century Schoolbook 14-point font. The motion was prepared using Microsoft Word 365.

Dated: September 18, 2024              Respectfully submitted,

                                                      ANDREW M. LUGER
                                                    United States Attorney

                                                    */s/ Katharine T. Buzicky*

                                                    BY: KATHARINE T. BUZICKY
                                                    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, the Government's Motion for Extension of Time for Brief of Appellee was filed to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<i>/s/ Katharine T. Buzicky</i>