# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Kira Aakre Kelley

**CC:** Katharine T. Buzicky
Thomas Calhoun-Lopez
William C. Mattessich

**FROM:** Hillary A. Grupe

**DATE:** April 08, 2025

**RE:** 24-2017  Montez Lee, Jr. v. United States

Your paper briefs in the above-referenced case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper copies correcting the deficiencies.

**Your new paper copies of the brief are due 5 days from the date of this notice.**

**X**\_\_\_\_The covers on the brief must be replaced with the correct color. See FRAP 32(a)(2)
\_\_\_\_\_Appellant's principal brief – Blue
\_\_\_\_\_Appellee's principal brief – Red
**X**\_\_\_\_Reply brief – Gray
\_\_\_\_\_Amicus or Intervenor's brief - Green
\_\_\_\_\_Any Supplemental Brief - Tan

**X**\_\_\_\_Please reproduce your brief with single-sided pages. See FRAP 32(a)(1)(A)