# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2017

Montez Terriel Lee, Jr.

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-01198-WMW)

---

## MANDATE

In accordance with the opinion and judgment of August 8, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 30, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit